**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**LOUNEDIA LOUIS-FRANCOIS**,

*Plaintiff*,

v.

**COMMONWEALTH OF PENNSYLVANIA,** *et al.*,

*Defendants*.

**Case No. 2:25-cv-04526-JDW**

## ORDER

**AND NOW**, this 16th day of November, 2026, upon consideration of Defendants Southeastern Veteran's Center's and Brian Gula's Motion For Summary Judgment (ECF No. 25), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.